3/25/2024 5:59 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 85943653
By: jonathan vela
Filed: 3/25/2024 5:59 PM

2024-19057 / Court: 270

CAUSE NO. ____________________

| | | |
|---|---|---|
| **NICHEEKA SMITH** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | **_______ JUDICIAL DISTRICT** |

# PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, NICHEEKA SMITH, to file this Original Petition and Requests for Disclosure complaining of WAL-MART STORES TEXAS, LLC ('Defendant"), and for cause of action would respectfully show:

## I.

Plaintiff intends to conduct discovery under Level II, pursuant to 190.3 of the TEXAS RULES OF CIVIL PROCEDURE.

## II.

Plaintiff, NICHEEKA SMITH, is a resident of Harris County, Texas. The last three digits of Plaintiff's Texas identification card are 851 and the last three digits of Plaintiff's social security number are 981.

Defendant, WAL-MART STORES TEXAS, LLC, is a foreign limited liability company that transacts business in the State of Texas; service upon this Defendant may be obtained by serving its registered agent: C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.



EXHIBIT A

Certified Document Number: 113486686 - Page 1 of 5

III.

Damages sought are within the jurisdictional limits of this Court. Plaintiff seeks monetary relief of over $250,000 but less than $1,000,000.

This Court has jurisdiction and venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.002(a)(1) in that all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

IV.

On or about September 22, 2023, Plaintiff was an invitee at the Walmart Supercenter (Store No. 3296) located at 2700 South Kirkwood Road in Houston, Harris County, Texas. This facility was owned, operated, managed and/or maintained by Defendant. On the occasion in question, Plaintiff slipped and fell on a wet/slippery floor that posed an unreasonable risk of harm to Plaintiff and others. Defendant had actual/constructive knowledge of the danger, but Plaintiff had no knowledge of the condition before the fall. Defendant failed to exercise ordinary care by failing to make the premises reasonably safe and by failing to adequately warn Plaintiff of the condition. As a result of the incident and Defendant's breach of duty, Plaintiff sustained serious personal injuries as described herein.

V.

Plaintiff would show that the incident in question and her resulting injuries and damages were brought about and caused due to the negligence and carelessness of the Defendant through their own actions and/or the actions/omissions of one or more of its agents, servants and/or employees, in some or more of the following ways, to-wit:

1. In failing to maintain the premises in question in a reasonably safe condition and



Certified Document Number: 113486686 - Page 2 of 5

EXHIBIT A

free of hazards to Plaintiff and other invitees entering the premises;

2. In failing to correct the unreasonably dangerous condition which was created by the condition and location of the improperly maintained floor in question;
3. In failing to adequately warn invitees, including the Plaintiff, of the condition of the floor;
4. In failing to properly inspect the premises in question to discover the unreasonably dangerous condition at issue;
5. In failing to properly train its agents, servants, and/or employees regarding the proper manner in which to make the premises reasonably safe;
6. In failing to implement proper policies, rules, and/or procedures to make its premises reasonably safe; and
7. The condition and location of the wet/slippery floor posed an unreasonable risk of harm to invitees of the Defendant of which Defendant knew, or reasonably should have known.

The above acts or omissions by the Defendant, singularly or collectively, constituted negligence and proximately caused Plaintiff's injuries and damages.

**VI.**

As a direct and proximate result of the aforementioned acts and omissions of negligence by the Defendant, Plaintiff sustained the following damages for which she is legally entitled to recover:

1. Necessary and reasonable medical expenses, past and future;
2. Physical pain and mental anguish, past and future;
3. Physical impairment, past and future;
4. Disfigurement, past and future;
5. Loss of earning capacity, past and future; and
6. Pre-judgment interest and costs of Court.

If it is found that Plaintiff was suffering from any predispositions, conditions or bodily infirmities prior to the date of the incident, Plaintiff would show unto the Court and jury that the same was neither disabling nor painful, but that as a result of the injuries suffered by Plaintiff on such occasion, and the effects thereof, the same had been incited, accelerated, and aggravated to such an extent that they have now become painful and disabling as described herein.



Certified Document Number: 113486686 - Page 3 of 5

**VII.**

Please take notice that, pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, for purposes of self-authentication, any and all documents produced by Defendant to Plaintiff in response to written discovery will be used against Defendant at any pretrial proceeding or at trial.

**VIII.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein; that upon trial hereof Plaintiff have judgment of the Court against such Defendant in a total amount of money substantially in excess of the minimum jurisdictional limit of this Court, together with prejudgment and post-judgment interest as provided by applicable laws; for all costs of court; and for all such other and further relief, both general and special, legal and equitable, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

/s/ *Jonathan C. Kieschnick*

Jonathan C. Kieschnick
Texas Bar No. 00796883
17225 El Camino Real, Suite 110
Houston, Texas 77058
(281) 538-9200 Telephone
(281) 538-9229 Facsimile
jck@jck-law.com

**ATTORNEY FOR PLAINTIFF**

Certified Document Number: 113486686 - Page 4 of 5

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Landis on behalf of Jonathan Kieschnick
Bar No. 796883
kim@jck-law.com
Envelope ID: 85943653
Filing Code Description: Petition
Filing Description: Plaintiffs Original Petition
Status as of 3/26/2024 8:16 AM CST

Associated Case Party: NICHEEKA SMITH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan CKieschnick | | jck@jck-law.com | 3/25/2024 5:59:24 PM | SENT |

Certified Document Number: 113486686 - Page 5 of 5

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 26, 2024

Certified Document Number: 113486686 Total Pages: 5

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**